```
 1  PETER SCHWARTZ (SBN: 109859)
    CHRISTOPHER R. WAGNER (SBN: 162095)
 2  GORDON & REES LLP
    633 West Fifth Street, Suite 4900
 3  Los Angeles, CA 90071
    Telephone: (213) 576-5000
 4  Facsimile: (213) 680-4470
    Email: pschwartz@gordonrees.com
 5  Email: cwagner@gordonrees.com

 6  Attorneys for Plaintiff
    INDIAN HARBOR INSURANCE COMPANY
```

FILED
E-FILING 08 JUL -8 A 10: 43
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

ADR

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| INDIAN HARBOR INSURANCE COMPANY, a North Dakota corporation, <br><br> Plaintiff, <br><br> vs. <br><br> CALABASAS FUNDING CORPORATION dba CFC MORTGAGE BANKERS, a California corporation, <br><br> Defendant. | CASE NO. C 08-03272 PVT <br><br> **NOTICE OF INTERESTED PARTIES** |

The undersigned, counsel of record for Indian Harbor Insurance Company, certify that the following listed parties have a direct, pecuniary interest in the outcome of this case:

Indian Harbor Insurance Company is a wholly owned subsidiary of XL Reinsurance Corporation which, in turn, is a wholly owned subsidiary of XL Capital Ltd.

//
//
//
//

These representations are made to allow the Court to evaluate possible disqualification or recusal.

Dated: July 7, 2008                                      GORDON & REES LLP

By: _____
PETER SCHWARTZ
CHRISTOPHER WAGNER
Attorneys for Plaintiff
INDIAN HARBOR INSURANCE COMPANY

Gordon & Rees LLP
633 West Fifth Street
Suite 4900
Los Angeles, CA 90071

2
**NOTICE OF INTERESTED PARTIES**