AO 440 (Rev. 04/08) Civil Summons

E-FILING

# UNITED STATES DISTRICT COURT
for the

Northern District of California

ADR

INDIAN HARBOR INSURANCE COMPANY, a North Dakota corporation

    Plaintiff

v.

CALABASAS FUNDING CORPORATION dba CFC MORTGAGE BANKERS, a California corporation

    Defendant

Civil Action No.

**C08 03272 PVT**

### Summons in a Civil Action

To: *(Defendant's name and address)*
   CALABASAS FUNDING CORPORATION dba CFC MORTGAGE BANKERS, a California corporation
   AGENT FOR SERVICE OF PROCESS:
   JEFFREY TELLER
   3200 EAST LOS ANGELES AVE. #23
   SIMI VALLEY, CA 93065

A lawsuit has been filed against you.

    Within _20_ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

PETER SCHWARTZ
CHRISTOPHER R. WAGNER
GORDON & REES LLP

633 WEST FIFTH STREET SUITE 4900
LOS ANGELES, CA 90071

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                        Richard W. Wieking
                                                     Name of clerk of court

                                                     **Tiffany Salinas-Harwell**

Date:   **JUL 0 8 2008**
                                                     Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____ , _____
by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other *(specify)* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

American LegalNet, Inc.
www.FormsWorkflow.com