DON E. LANSON, SBN 163414
MANFREDI, LEVINE, ECCLES & MILLER, APC
dlanson@mlem.com
3262 E. Thousand Oaks Blvd., Suite 200
Westlake Village, CA 91362-3400
Telephone: (805) 379-1919
Facsimile: (805) 379-3819

Attorneys for Defendant
CALABASAS FUNDING CORPORATION
dba CFC MORTGAGE BANKERS

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIAN HARBOR INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>CALABASAS FUNDCING CORPORATION dba CFC MORTGAGE BANKERS, a California corporation<br><br>Defendant. | Case No.: CV08-03272-PVT<br>[Complaint Filed: 7/8/08]<br><br>**NOTICE OF INTERESTED PARTIES** |

The undersigned, counsel of record for Defendant CALABASAS FUNDING CORPORATION dba CFC MORTGAGE BANKERS ("**CFC**"), certifies that there are no other parties who may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: July 22, 2008

MANFREDI, LEVINE, ECCLES & MILLER, APC

By: _____
DON E. LANSON
Attorneys for Defendant,
CALABASAS FUNDING
CORPORATION dba CFC
MORTGAGE BANKERS

1

# PROOF OF SERVICE

COUNTY OF VENTURA )
) ss.
STATE OF CALIFORNIA )

I, the undersigned, hereby declare that: I am over the age of 18 and not a party to the within action. I am employed in the County of Ventura, State of California. My business address is Manfredi, Levine, Eccles & Miller, APC, 3262 E. Thousand Oaks Boulevard, Suite 200, Westlake Village, California 91362.

On July 23, 2008, I served the foregoing document(s) described as:

## NOTICE OF INTERESTED PARTIES

on the interested parties by placing a true copy thereof in a sealed enveloped addressed as follows:

Christopher Robert Wagner, Esq.
Peter Schwartz, Esq.
Gordon & Rees
633 W. 5th Street, Suite 4900
Los Angeles, CA 90071
Tel: (213) 576-5000
Fax: (213) 680-4470

in the following manner:

[X] **VIA REGULAR MAIL**: h envelope(s) to the offices of the addressee(s) pursuant to.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration is executed on July 23, 2008, at Westlake Village, California.

*Theresa Hertz*
Theresa Hertz