PETER SCHWARTZ (SBN: 109859)
CHRISTOPHER R. WAGNER (SBN: 162092)
GORDON & REES LLP
633 West Fifth Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470
Email: pschwartz@gordonrees.com
Email: cwagner@gordonrees.com

Attorneys for Plaintiff
INDIAN HARBOR INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INDIAN HARBOR INSURANCE COMPANY, a North Dakota corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>CALABASAS FUNDING CORPORATION dba CFC MORTGAGE BANKERS, a California corporation,<br><br>    Defendant. | CASE NO. C 08 03272 PVT<br><br>STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE |

WHEREAS, the Initial Case Management Conference ("CMC") is scheduled in this case for October 28, 2008 in Courtroom 5, 4th Floor, before the Honorable Magistrate Judge Patricia V. Trumbull;

WHEREAS, on September 16, 2008, counsel for plaintiff Indian Harbor Insurance Company ("Indian Harbor") and counsel for CFC Mortgage Brokers ("CFC") commenced an early meeting of counsel pursuant to FRCP 26(f)(2);

WHEREAS, during the conference on September 16, 2008, counsel for the parties agreed to re-schedule the early meeting of counsel because it appeared that the underlying action (*First Franklin Financial Corp. v. Brian Troop, et al.*, Santa Clara County Superior Court Case No. 107CV099104) giving rise to the present

insurance coverage action was on the verge of settling and a settlement would obviate the need for any further litigation between Indian Harbor and CFC;

WHEREAS, on September 23, 2008, counsel for First Franklin and CFC understood that an agreement of settlement terms had been reached in the underlying action;

WHEREAS, on or about Tuesday, October 7, 2008, counsel for CFC learned that the plaintiff in the underlying action would no longer agree to settle on terms previously discussed and, instead, would be amending the complaint in the underlying action;

WHEREAS, in light of the change in circumstances regarding the underlying action, Indian Harbor and CFC agree that CMC in the instant coverage action should be continued because the claims in the underlying action will now likely be changing in a manner that may significantly affect the instant insurance coverage litigation;

NOW, THEREFORE, Indian Harbor and CFC, by and through their counsel of record, hereby agree and stipulate that the CMC scheduled in this case for October 28, 2008 should be continued at least 30 days so that the parties can determine whether the anticipated changes in the underlying action will materially affect the instant insurance coverage litigation.

IT IS SO STIPULATED.

Dated: October _10_, 2008                    GORDON & REES LLP


By: _____
PETER SCHWARTZ /
CHRISTOPHER WAGNER
Attorneys for Plaintiff
INDIAN HARBOR INSURANCE
COMPANY

2
STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF INITIAL
CASE MANAGEMENT CONFERENCE

Dated: October 10, 2008

DON E. LANSON
Attorneys for CFC MORTGAGE BROKERS

GOOD CAUSE APPEARING, the CMC presently scheduled for October 28, 2008 is continued to December 9, 2008 at 2 P.M. in Courtroom 5.

DATED: October 14, 2008

MAGISTRATE JUDGE PATRICIA V. TRUMBULL

Gordon & Rees LLP
633 West Fifth Street
Suite 4900
Los Angeles, CA 90071

3

STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE