1 PETER SCHWARTZ (SBN: 109859)
CHRISTOPHER R. WAGNER (SBN: 162092)
2 GORDON & REES LLP
633 West Fifth Street, Suite 4900
3 Los Angeles, CA 90071
Telephone: (213) 576-5000
4 Facsimile: (213) 680-4470
Email: pschwartz@gordonrees.com
5 Email: cwagner@gordonrees.com

6 Attorneys for Plaintiff
INDIAN HARBOR INSURANCE COMPANY
7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 SAN JOSE DIVISION

| | |
|---|---|
| 11 INDIAN HARBOR INSURANCE COMPANY, a North Dakota corporation, | CASE NO. C 08 03272 PVT |
| 12 | |
| 13 Plaintiff, | STIPULATION RE: DISMISSAL OF ACTION; [XXXXXXXXXXD] ORDER OF DISMISSAL |
| 14 vs. | |
| 15 CALABASAS FUNDING CORPORATION dba CFC MORTGAGE BANKERS, a California corporation, | |
| 16 | |
| 17 | |
| 18 Defendant. | |

19

20     This stipulation is entered by and between plaintiff Indian Harbor Insurance

21 Company ("Indian Harbor") and defendant Calabasas Funding Corporation dba

22 CFC Mortgage Bankers ("CFC"). These parties agree, by and through their

23 counsel, as follows:

24     WHEREAS, on July 8, 2008, Indian Harbor filed this declaratory relief

25 action against CFC asserting that it does not owe defense or indemnity in

26 connection with the underlying action filed by First Franklin Financial Corporation

27 ("First Franklin") against CFC in the Superior Court of California in and for the

28 County of Santa Clara styled, *First Franklin Financial Corp. v. Brian Troop,*

*Calabasas Funding Corp., etc.*, Case No. 107CV099104 (the "Underlying Action");

WHEREAS, CFC filed an answer in this declaratory relief action on July 23, 2008 which disputed Indian Harbor's position regarding insurance coverage;

WHEREAS, Indian Harbor, CFC, and First Franklin recently entered into a settlement agreement which resolved all disputes between them in the present declaratory relief action, as well as in the Underlying Action;

NOW, THEREFORE, Indian Harbor and CFC, by and through their counsel of record, hereby agree and stipulate that the present declaratory relief action should be dismissed, with prejudice, each party to bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: October 14, 2009

GORDON & REES LLP

By: /s/ Peter Schwartz
PETER SCHWARTZ
CHRISTOPHER WAGNER
Attorneys for Plaintiff
INDIAN HARBOR INSURANCE COMPANY

Dated: October 8, 2009

MANFREDI, LEVINE, ECCLES & MILLER

By: /s/ Don E. Lanson
DON E. LANSON
Attorneys for CFC MORTGAGE BROKERS

Gordon & Rees LLP
633 West Fifth Street
Suite 4900
Los Angeles, CA 90071

2
STIPULATION RE: DISMISSAL OF ACTION; [PROPOSED] ORDER

<u>ORDER OF THE COURT</u>

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the entire action styled, *Indian Harbor Insurance Company v. Calabasas Funding Corporation, etc.*, Case No. C 08-03272 PVT is dismissed, with prejudice, each party to bear its own attorneys' fees and costs.

DATED: October 21, 2009

*Patricia V. Trumbull*
MAGISTRATE JUDGE PATRICIA V. TRUMBULL

Gordon & Rees LLP
633 West Fifth Street
Suite 4900
Los Angeles, CA 90071

3
STIPULATION RE: DISMISSAL OF ACTION; [PROPOSED] ORDER